**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LEROY BROOKS,
    Petitioner,

vs.                                    Case No.:  3:06cv486/MCR/EMT

STATE OF FLORIDA,
    Respondent.
                             /

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 17, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Petitioner's Motion for Issuance of Certificate of Appealability (Doc. 2) and Motion for Leave of Court to File Attached Notice of Appeal Upon Issuance of Certificate of Appealability (Doc. 1) are **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

      **DONE AND ORDERED** this 21st day of December, 2006.

                                   *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS
                                  UNITED STATES DISTRICT JUDGE**